UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JANET SMITH**                  **PLAINTIFF**

VS.          **CASE NO. 4:11CV000662 JMM**

**ROSE ROLAND, ET AL**            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiff's complaint is dismissed with prejudice.

**IT IS SO ORDERED THIS   15   day of   September  , 2011.**

_____
**James M. Moody
United States District Judge**